IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA M. BRENNER and
BRUCE BRENNER                              : CIVIL NO. _____
29 Lee Park Avenue
Wilkes-Barre Twp., PA 18706

        Plaintiffs,

vs.

UNITED STATES OF AMERICA

        Defendant                       : (ELECTRONICALLY FILED)

## COMPLAINT

AND NOW comes the Plaintiffs, Donna M. Brenner and Bruce Brenner, by and through their counsel, Dougherty, Leventhal & Price, LLP, to file a Complaint against the Defendant United States of America as follows:

**I.   JURISDICTION AND VENUE**

1. This matter involves a claim for personal injuries against the United States of America pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §1346(b).

2. Jurisdiction is based on 28 U.S.C. §1346(b)(1).

1

3. Venue is proper in this Court because the acts and omissions that form the subject matter of this action occurred in this judicial district, 28 U.S.C. §1391(b).

4. The Plaintiffs have satisfied the pre-requisites to filing this Complaint pursuant to 28 U.S.C. §2675(a).

## II. THE PARTIES

5. The Plaintiff, Donna M. Brenner, is an adult, competent individual who currently resides at 29 Lee Park Avenue, Wilkes-Barre Township, Luzerne County, Pa. 18706.

6. The Plaintiff, Bruce Brenner, is an adult and competent individual and is the spouse of the Plaintiff, Donna M. Brenner, and Bruce Brenner currently resides at 29 Lee Park Avenue, Wilkes-Barre Township, Luzerne County, Pa.

7. The Defendant the United States of America is a sovereign nation comprised of fifty states and several territories.

8. At all times relevant hereto, the Defendant United States of America had under its control as an federal agency the U.S. Department of Veterans Affairs (VA), 28 U.S.C.A. 2671.

## III. GENERAL ALLEGATIONS

9. The injuries which form the basis of Donna M. Brenner's Complaint occurred as a result of the negligence of medical professionals employed by and

acting within the scope and course of their employment as agents, ostensible agents, servants and/or employees of the VA. The Defendant, United States of America, is responsible for the negligent acts or omissions of employees of government agencies, including the VA 28 U.S.C.A. §2679.

10. The Plaintiff, Donna M. Brenner, was at all times material to this cause of action a patient under the care and treatment of agents, ostensible agents, servants and/or employees of the Veterans Administration Hospital, Wilkes-Barre, Luzerne County, Pa.

11. A physician/patient relationship existed between the Plaintiff, Donna M. Brenner, and medical professionals employed by and acting within the scope and course of their employment as agents, ostensible agents, servants and/or employees of the Veterans Administration Hospital, Wilkes-Barre, Luzerne County, Pa.

12. Donna M. Brenner was diagnosed with breast cancer in 2010.

13. Donna M. Brenner received chemotherapy, bilateral mastectomy and radiation for her breast cancer diagnosis.

14. Donna M. Brenner was under routine follow-up care for her breast cancer diagnosis by agents, ostensible agents, servants and/or employees of the Department of Veterans Affairs at the Wilkes-Barre Veterans Administration Hospital from 2010 up to and including January 7, 2021.

15. On January 7, 2021, Donna M. Brenner consulted with a urologist at the Wilkes-Barre Veterans Administration Hospital with a complaint of hematuria or blood in her urine.

16. A CT scan of Donna M. Brenner's abdomen and pelvis without contrast was ordered based upon her complaint.

17. The CT scan of Donna M. Brenner's pelvis and abdomen was interpreted on January 8, 2021 by Ryan Winthrow, M.D., VA staff radiologist. Dr. Winthrow compared the CT scan to a similar scan performed on Donna M. Brenner on 9/11/2018. Dr. Winthrow's impression of the January 7, 2021 CT scan stated, **"Sclerotic nodules are noted in the iliac bones bilaterally which are concerning for bone metastases given patient's history of breast cancer"**. A bone scan was recommended to follow-up on this finding.

18. A CT scan of Donna M. Brenner's pelvis and abdomen with contrast (CTA) for her complaint of hematuria was performed on January 15, 2021.

19. The CTA was interpreted by Christopher Chapman, M.D., VA staff radiologist, on January 19, 2021. Dr. Chapman's report notes that the CTA scan was compared to the January 7, 2021 CT scan. The report does not discuss the iliac bone findings and no follow-up was recommended.

20. Donna Brenner underwent a CT of the pelvis and abdomen without contrast on March 5, 2021. The indication for this scan was "several months of pelvic pressure".

21. The CT scan of March 5, 2021 was interpreted by Dr. Vignathi Atluri, M.D., VA staff radiologist. Dr. Atluri did not review Donna M. Brenner's prior CT or CTA scans. Dr. Atluri's diagnostic impression was "acute diverticulitis".

22. Donna M. Brenner underwent a CT angiogram of her chest on December 27, 2021 because of complaints of "pleuritic pain". This scan was interpreted to show interval sclerotic thoracic vertebral body metastases.

23. Donna M. Brenner underwent a PET/CT on December 29, 2021. This scan was consistent with metastatic cancer.

24. Donna M. Brenner underwent a bone biopsy on January 3, 2022. The biopsy confirmed the presence of metastatic breast cancer.

25. Donna M. Brenner underwent an MRI of her head on 11/2/22. The MRI was interpreted as showing three enhancing lesions on her brain which were concerning for brain metastases.

26. Donna M. Brenner underwent Gamma knife brain surgery at the University of Pennsylvania on 11/18/2022 in an effort to treat the three brain lesions.

27. Donna M. Brenner's brain cancer has continued to progress. She underwent additional Gama knife brain surgery to slow the progression of her brain cancer on 4/14/2023.

28. Donna M. Brenner experienced an eleven-month delay in the diagnosis of her metastatic breast cancer due to the negligence and carelessness of VA staff radiologists, Christopher Chapman, M.D. and Vignathi Atluri, M.D. who were at all times relevant to this cause of action acting within the course and scope of their employment as agents, ostensible agents, servants and/or employees of the Defendant United States of America.

## COUNT I: NEGLIGENCE

**Donna M. Brenner and Bruce Brenner vs. United States of America**

29. Plaintiffs respectfully incorporate paragraphs 1 through 28 of this Complaint as though the same were set forth herein at length.

30. The negligence of the Defendant United States of America, by and through the actions of its agents, ostensible agents, servants and/or employees, consisted of the following:

(a) In failing to observe and report the presence of bilateral iliac bone lesions that were clearly present on the CTA of January 15, 2021;

(b) In reviewing the January 7, 2021 CT but failing to note and/or comment on the concerns raised by the staff radiologist who

interpreted the January 7, 2021 scan;

(c) In failing to advise the Plaintiff, Donna M. Brenner, and/or her treating physicians at the Wilkes-Barre Veterans Administration Hospital about the presence of the iliac bone lesions and the suspicion that the lesions may be cancerous;

(d) In failing to review prior CT scans performed on the Plaintiff, Donna M. Brenner, in January of 2021;

(e) In failing to order appropriate follow-up testing to rule out the presence of metastatic bone cancer;

(f) In failing to possess the requisite skill, knowledge and training to appropriately interpret Donna M. Brenner's CTA and CT scans of her pelvis and abdomen;

(g) In failing to identify and/or consider pertinent findings on the January 7, 2021 CT scan of Donna M.. Brenner's pelvis and abdomen;

(h) In failing to consider pertinent aspects of Donna M. Brenners' medical, surgical and/or medication history when evaluating her CTA and/or CT scans;

(i) In failing to comply with the standard of care required of radiologist when interpreting Donna M. Brenner's CTA and CT scans of January and March, 2021;

(j) In failing to recognize the significance of Donna M. Brenner's past history of breast cancer when interpreting her CTA and CT scans in January and March of 2021;

(k) In causing and/or substantially contributing to Donna M. Brenner's increased risk of harm by failing to appropriately read or interpret her January and March, 2021 CTA and CT scans;

(l) In failing to review prior CT or CTA scans performed on Donna M. Brenner prior to January of 2021;

(m) In failing to recognize the significance of the presence of "sclerotic nodules" as reported on the CT of Donna M. Brenner on January 7, 2021;

(n) In failing to consult with more knowledgeable specialists regarding the presence of "sclerotic nodules" on the January 7, 2021 CT scan of Donna M. Brenner's pelvis and abdomen;

(o) In failing to review Donna M. Brenner's CT scan of her abdomen and pelvis performed on January 7, 2021;

(p) In breaching the accepted radiological standard of care in the review and reading and interpretation of Donna M. Brenner's CTA and CT scans thereby increasing the likelihood that she would develop metastatic brain cancer; and

(q)     In failing to exercise sound medical judgment when reviewing and/or interpreting Donna M. Brenner's CT scans in January and March of 2021.

31.     As a result of the negligence the Defendant United States of America, the Plaintiff, Donna M. Brenner, incurred an eleven (11) month delay in the diagnosis of her metastatic breast cancer.

32.     A timely diagnosis of Donna M. Brenner's metastatic breast cancer would have permitted her treating physicians to adjust her medication so that she would not have been diagnosed with metastatic breast cancer to the brain.

33.     The negligence of the Defendant United States of America by and through its agents, ostensible agents, servants and/or employees has resulted in the Plaintiff Donna M. Brenner having a significantly worse medical prognosis.

34.     The negligence of the Defendant United States of America by and through the conduct of its agents, ostensible agents, servants and/or employees increased the likelihood that Donna Brenner would be diagnosed with metastatic breast cancer to her brain, thus increasing the likelihood of a poor medical outcome including death.

35.     The negligence of the Defendant United State of America by and through its agents, ostensible agents, servants and/or employees substantially

increased the likelihood that Donna M. Brenner's metastatic breast cancer would metastasize to her brain.

36. The negligence of the Defendant United States of America by and through its agents, ostensible agents, servants and/or employees in causing the delay in the diagnosis the Plaintiff Donna M. Brenner's metastatic breast cancer and permitting the same to metastasize to her brain have caused her to suffer psychological and physical pain, loss of the enjoyment of the ordinary pleasures of life, embarrassment and humiliation and disfigurement.

WHEREFORE, the Plaintiff, Donna M. Brenner, requests the Court to award her compensatory damages in excess of $75,000.00 plus interest and costs.

## COUNT II: LOSS OF CONSORTIUM

### Bruce Brenner vs. United States of America

37. Plaintiffs respectfully incorporate paragraphs 1 through 28 of this Complaint as though the same were set forth herein at length.

38. The Plaintiff, Bruce Brenner, hereby refers to and incorporates herein paragraphs 1 through 35 inclusive of this Complaint as if the same were herein set forth at length.

39. As a result of the negligence of the Defendant United States of America by and through the conduct of its agents, ostensible agents, servants

and/or employees, the Plaintiff, Bruce Brenner, has lost the companionship, society and services of his wife.

WHEREFORE, the Plaintiff, Bruce Brenner, requests the Court to award him compensatory damages in excess of $75,000.00 plus interest and costs.

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Patrick E. Dougherty
Patrick E. Dougherty, Esquire
Attorney ID # 15812
459 Wyoming Avenue
Kingston, PA 18704
pdougherty@dlplaw.com

By: s/David Smacchi
David Smacchi, Esquire
Attorney ID # 84276
459 Wyoming Avenue
Kingston, PA 18704
dsmacchi@dlplaw.com

By: s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney ID # 47428
75 Glenmaura National Blvd.
Moosic, PA 18507
Phone (570) 347-1011
smcdonough@dlplaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA M. BRENNER and BRUCE BRENNER | : CIVIL NO. _____ |
| Plaintiffs, | : |
| vs. | : THIS IS A PROFESSIONAL : MALPRACTICE CLAIM |
| UNITED STATES OF AMERICA | : |
| Defendant | : (ELECTRONICALLY FILED) |

## CERTIFICATE OF MERIT AS TO DEFENDANT, UNITED STATES OF AMERICA

I, Patrick E. Dougherty, Esquire, attorney for the Plaintiffs, certify that:

The claim that this defendant deviated from the acceptable professional standard is based solely on the allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

6/30/2023
DATE

PATRICK E. DOUGHERTY, ESQ.